UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE BROWN,<br>        Petitioner,<br><br>v.<br><br>MARK CAPOZZA, *SUPERINTENDENT SCI-FYT*;<br>LAWRENCE KRASNER, *PHILADELPHIA D.A.*; and<br>JOSH SHAPIRO, *PENNSYLVANIA ATTY GEN.*;<br>        Respondents. | No. 2:18-cv-04512 |

# O R D E R

**AND NOW**, this 4th day of May, 2021, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 31, is **ADOPTED**;

2. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED and DENIED**.

3. There is no basis for the issuance of a certificate of appealability.

4. This action is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge